LAURIE E. HALL, Calif. Bar No. 184860
SYNTHESIS LAW
21C Orinda Way, #226
Orinda, CA 94563
Tel: (415) 254-6695
Fax: (925) 266-3117
Email: laurie@synthesislaw.com

Attorney for Plaintiff
World Champ Tech LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD CHAMP TECH LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PELOTON INTERACTIVE, INC.,<br><br>　　　　Defendant. | Case No.: _____ |

EXHIBIT A TO COMPLAINT

# United States of America
### United States Patent and Trademark Office

# BIKE+

| | |
|---|---|
| **Reg. No. 4,782,695** | WORLD CHAMP TECH, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) |
| **Registered July 28, 2015** | 305 WINDINGWOOD COURT<br>MOUNTAIN VIEW, CA 94040 |
| **Int. Cl.: 9** | FOR: DOWNLOADABLE MOBILE APPLICATIONS FOR RECORDING AND MANAGING CYCLING ACTIVITIES, NAMELY, THE RIDER'S AVERAGE AND MAXIMUM SPEED, RIDER'S AVERAGE AND MAXIMUM POWER, HEART RATE, GEOGRAPHIC ROUTE TAKEN, OUTSIDE AIR TEMPERATURE, ALTERCATIONS WITH AGGRESSIVE DRIVERS, RIDER-ENTERED ROUTE CONDITIONS, TAKING PHOTOS AND UPLOADING THE SAME TO AN EXTERNAL COMPUTER SERVER FOR PERSONAL REVIEW AND VIEWING BY OTHERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 3-0-2012; IN COMMERCE 3-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-127,620, FILED 11-23-2013.

SHAILA LEWIS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office