LAURIE E. HALL, Calif. Bar No. 184860
SYNTHESIS LAW
21C Orinda Way, #226
Orinda, CA 94563
Tel: (415) 254-6695
Fax: (925) 266-3117
Email: laurie@synthesislaw.com

Attorney for Plaintiff
World Champ Tech LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD CHAMP TECH LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>PELOTON INTERACTIVE, INC.,<br><br>    Defendant. | Case No.: _____ |

EXHIBIT B TO COMPLAINT

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,565,106**
**Registered Jul. 08, 2014**
**Corrected May 16, 2017**
**Int. Cl.: 9, 28, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

PELOTON INTERACTIVE, INC. (DELAWARE CORPORATION)
125 West 25th Street, 11th Floor
New York, NY 10001

CLASS 9: Computers and downloadable software for monitoring and analyzing various parameters associated with the operation of a bicycle or exercise cycle and for fitness training; ear phones; digital media, namely, downloadable audio and audiovisual recordings, all in the field of exercise, fitness, wellness and personal development; downloadable software in the nature of an application for use by individuals participating in exercise classes, physical training, and exercise instruction for detecting, storing and reporting daily human energy expenditure and physical activity level, for developing and monitoring personal activity and exercise plans, training goals and giving feedback on the achieved results

FIRST USE 1-28-2014; IN COMMERCE 1-28-2014

CLASS 28: Stationary exercise bicycles and component parts thereof, namely, bicycle seats and bicycle pedals; exercise weights; stationary bicycles equipped with interactive computer systems, video players; and body bars

FIRST USE 1-22-2014; IN COMMERCE 1-22-2014

CLASS 38: Streaming of audio and video materials on the Internet featuring physical fitness classes, training, and instruction

FIRST USE 1-28-2014; IN COMMERCE 1-28-2014

CLASS 41: Providing classes, workshops and seminars in the fields of fitness and exercise; providing fitness and exercise facilities; physical fitness instruction and consultation; physical fitness conditioning classes; physical fitness training services providing a website featuring information on exercise and physical fitness accessible through a global computer network and mobile devices

FIRST USE 5-1-2014; IN COMMERCE 5-1-2014

The mark consists of a stylized letter "P", represented at an angle and embedded within a crank-shaft design.

SER. NO. 85-851,678, FILED 02-15-2013

# United States of America
## United States Patent and Trademark Office

# PELOTON

**Reg. No. 4,580,888**
**Registered Aug. 05, 2014**
**Corrected May 16, 2017**
**Int. Cl.: 9, 28, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

PELOTON INTERACTIVE, INC. (DELAWARE CORPORATION)
125 West 25th Street, 11th Floor
New York, NY 10001

CLASS 9: Computers and downloadable software for monitoring and analyzing various parameters associated with the operation of a bicycle or exercise cycle and for fitness training; ear phones; digital media, namely, downloadable audio and audiovisual recordings, all in the field of exercise, fitness, wellness and personal development; downloadable software in the nature of an application for use by individuals participating in exercise classes, physical training, and exercise instruction for detecting, storing and reporting daily human energy expenditure and physical activity level, for developing and monitoring personal activity and exercise plans, training goals and giving feedback on the achieved results

FIRST USE 4-25-2014; IN COMMERCE 4-25-2014

CLASS 28: Stationary exercise bicycles and component parts thereof, namely, bicycle seats and bicycle pedals; exercise weights; stationary bicycles equipped with interactive computer systems, video players, and body bars

FIRST USE 1-22-2014; IN COMMERCE 1-22-2014

CLASS 38: Streaming of audio and video materials on the Internet featuring physical fitness classes, training, and instruction

FIRST USE 5-13-2014; IN COMMERCE 5-13-2014

CLASS 41: Providing classes, workshops and seminars in the fields of fitness and exercise; providing fitness and exercise facilities; physical fitness instruction and consultation; physical fitness conditioning classes; physical fitness training services providing a website featuring information on exercise and physical fitness accessible through a global computer network and mobile devices

FIRST USE 5-1-2014; IN COMMERCE 5-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 85-775,447, FILED 11-09-2012



Director of the United States
Patent and Trademark Office