| | |
|---|---|
| 1 | LAURIE E. HALL (Cal. Bar No. 184860) |
| 2 | SYNTHESIS LAW |
|   | 21C Orinda Way, #226 |
| 3 | Orinda, California 94563 |
|   | Telephone: (415) 254-6695 |
| 4 | Email: laurie@synthesislaw.com |
| 5 | |
|   | MARK L. PETTINARI (Cal. Bar No. 119293) |
| 6 | LAW OFFICES OF MARK L. PETTINARI |
|   | PO Box 5844 |
| 7 | Napa, CA 94581 |
|   | Telephone: (415) 233-3346 |
| 8 | Email: mlpettinari@yahoo.com |
| 9 | |
|   | GREGORY S. GILCHRIST (Cal. Bar. No. 111536) |
| 10 | RYAN BRICKER (Cal. Bar No. 269100) |
|   | VERSO LAW GROUP LLP |
| 11 | 209 Kearny Street. 3rd Floor |
|   | San Francisco, CA 94108 |
| 12 | Telephone: (415) 534-0495 |
|   | Email: greg.gilchrist@versolaw.com |
| 13 |        ryan.bricker@versolaw.com |

*Attorneys for Plaintiff and Counter-Defendant*
*World Champ Tech LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| WORLD CHAMP TECH LLC, | Case No.: 4:21- cv-03202-SBA |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL** |
| PELOTON INTERACTIVE, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

ORDER ON REQUEST FOR  APPROVAL OF WITHDRAWAL OF COUNSEL CASE NO. 4:21-CV-03202-SBA

1  The Court hereby orders that the request of Plaintiff and Counter-Defendant World Champ Tech LLC ("Plaintiff") for approval of the withdrawal of Mark L. Pettinari as counsel of record in the case is hereby GRANTED.

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney in this case.

**IT IS SO ORDERED.**

Dated : 3/2/2022

_____ RS
RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
United States District Judge