1
2
3
4
5
6
7
8
9                            **UNITED STATES DISTRICT COURT**
10                           **NORTHERN DISTRICT OF CALIFORNIA**
11  | WORLD CHAMP TECH LLC, | Case No.: 4:21- cv-03202-SBA |
12  |         Plaintiff,     |                               |
13  |    vs.                 | **ORDER as modified**         |
14  | PELOTON INTERACTIVE, INC., |                           |
15  |         Defendant.     |                               |
16
17  AND RELATED COUNTERCLAIMS.
18
19
20
21
22
23
24
25
26
27
28

ORDER as modified RE JOINT MOTION TO CHANGE PRETRIAL AND TRIAL SCHEDULE
CASE NO.  3:21-CV-3202-SBA

GOOD CAUSE APPEARING, it is ordered that the Scheduling Order (Dkt. 38) shall be amended as follows:

- 9/16/2022 – Close of fact discovery
- 9/30/2022 – Expert disclosures and reports
- 10/28/2022 – Rebuttal expert designations and reports
- 11/25/2022 – Close of expert discovery
- 1/4/2023 – Dispositive motions filed*

*35 days before the deadline dispositive motions must be heard

- 2/8/2023 – Dispositive motions must be heard
- 2/27/2023 – Pretrial preparation due
- 4/14/2023 – Motions in limine
- 4/28/2023 – Responses to motions in limine
- 5/5/2023 – Replies to motions in limine
- 6/14/2023 at 2:00 pm – Pretrial conference
- 6/26/2023 at 10:00 am – Jury trial (5-7 days)

Dated: April 18, 2022

_____ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Judge

ORDER as modified RE JOINT MOTION TO CHANGE PRETRIAL AND TRIAL SCHEDULE
CASE NO. 3:21-CV-3202-SBA

- 1 -