**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Leo Kittay (admitted *pro hac vice*)
lkittay@fzlz.com
David Donahue (admitted *pro hac vice*)
ddonahue@fzlz.com
Nicole Lieberman (admitted *pro hac vice*)
nlieberman@fzlz.com
Shelby Rokito (admitted *pro hac vice*)
srokito@fzlz.com
151 W 42nd Street, 17th Floor
New York, NY 10036
Tel:    (212) 813-5900
Fax:   (212) 813-5901

**CONRAD | METLITZKY | KANE LLP**
MARK R. CONRAD (CA Bar No. 255667)
mconrad@conmetkane.com
GRACE YANG (CA Bar No. 286635)
gyang@conmetkane.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:   (415) 343-7101

*Attorneys for Defendant Peloton Interactive, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD CHAMP TECH LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>PELOTON INTERACTIVE, INC.,<br><br>         Defendant. | CASE NO. 4:21-CV-03202-SBA-KAW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT PELOTON INTERACTIVE, INC. TO RESPOND TO MOTION FOR RECONSIDERATION** |

1    Pursuant to Civil Local Rule 7-12, Plaintiff World Champ Tech LLC ("Plaintiff") and Defendant
2    Peloton Interactive, Inc. ("Defendant") (collectively "the Parties"), by and through their undersigned
3    counsel of record, hereby stipulate as follows:
4        WHEREAS, on June 10, 2022, the Parties submitted a discovery letter brief ("Discovery Brief")
5    entitled "Joint Letter – World Champ Tech's Second Set of Requests for Production," ECF 70;
6        WHEREAS, on July 26, 2022, the Court issued an order ("Discovery Order") resolving the
7    motion submitted by the Parties regarding World Champ Tech's Second Set of Requests for
8    Production," ECF 76;
9        WHEREAS, on July 27, 2022, Plaintiff filed a request for leave to file a motion for
10   reconsideration of the Court's Discovery Order, ECF 78;
11       WHEREAS, on July 29, 2022, the Court issued an order granting Plaintiff's request for leave to
12   file a motion for consideration, and setting a deadline of August 5, 2022, for Plaintiff to file a motion for
13   reconsideration and a deadline of August 12, 2022, for Defendant to file an opposition brief, ECF 80;
14       WHEREAS, the attorneys of record for Defendant who have knowledge of the facts underlying
15   the issues in the Discovery Brief are unavailable until August 11, 2022, one day before the due date set
16   by the Court for the submission of Defendant's brief opposing Plaintiff's motion for reconsideration,
17   and Defendant therefore requires additional time to prepare an opposition brief;
18       WHEREAS, Plaintiff, by its signature below, does not oppose Defendant's request for an
19   extension of time to file its opposition brief on the motion for reconsideration;
20       NOW, THEREFORE, Defendant requests that the deadline for Defendant to file its brief in
21   opposition to Plaintiff's forthcoming motion for reconsideration shall be extended to and including
22   August 19, 2022.

Respectfully submitted,

Date:   August 4, 2022          CONRAD | METLITZKY | KANE LLP

*/s/ Mark R. Conrad*
MARK R. CONRAD
Attorney for Defendant Peloton Interactive, Inc.

| | | |
|---|---|---|
| Date: | August 4, 2022 | VERSO LAW GROUP LLP |
| | | */s/ Gregory S. Gilchrist* |
| | | GREGORY S. GILCHRIST |
| | | Attorney for Plaintiff World Champ Tech LLC |

**ATTESTATION**

I, Mark Conrad, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PELOTON INTERACTIVE, INC. TO RESPOND TO MOTION FOR RECONSIDERATION**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have the concurrence in the filling of this document from all of the other signatories.

| | | |
|---|---|---|
| Date: | August 4, 2022 | CONRAD | METLITZKY | KANE LLP |
| | | */s/ Mark R. Conrad* |
| | | MARK R. CONRAD |
| | | Attorney for Defendant Peloton Interactive, Inc. |

**ORDER**

PURSUANT TO STIPULATION, it is hereby ORDERED that the deadline for Defendant Peloton Interactive, Inc. to file its brief in opposition to the motion for reconsideration of Plaintiff World Champ Tech LLC shall be and hereby is extended to and including August 19, 2022.

Date: August 5, 2022

HON. KANDIS A. WESTMORE
United States Magistrate Judge