1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WORLD CHAMP TECH LLC | Case No.: 4:21-cv-03202-SBA |
| Plaintiff, | |
| v. | **ORDER TO CHANGE PRETRIAL AND TRIAL SCHEDULE** |
| PELOTON INTERACTIVE, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

GOOD CAUSE APPEARING, it is ordered that the Order as Modified Re Joint Motion to Change Pretrial and Trial Schedule (Dkt. No. 67) shall be amended as follows:

- 11/18/2022 – Close of fact discovery
- 11/23/2022 – Expert disclosures and reports
- 12/21/2022 – Rebuttal expert designations and reports
- 1/20/2023 – Close of expert discovery
- 3/8/2023 – Dispositive motions cannot be heard after this date
- 7/10/2023 – Pretrial preparation due
- 7/24/2023 – Motions in limine
- 8/7/2023 – Responses to motions in limine
- 8/14/2023 – Replies to motions in limine
- 9/18/2023 at 2:00 pm – Pretrial conference
- 10/2/2023 at 10:00 am – Jury trial (5-7 days)

Date: August 16, 2022

_____ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Judge