UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| WORLD CHAMP TECH LLC, | Case No. 21-cv-03202-LB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PELOTON INTERACTIVE, INC., | |
| Defendant. | |

On February 16, 2024, the court granted the defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 16, 2024

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 21-cv-03202-LB